**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7698

BARRY L. HARRIS,

Plaintiff - Appellant,

versus

CAPTAIN HAWKINS, Captain/Security; SERGEANT
WYNN, Sergeant/Security; OFFICER TALLEY,
Officer/Security,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.    Robert G. Doumar, Senior District Judge.   (CA-05-567-2-RGD)

Submitted:  January 26, 2006          Decided:  February 3, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry L. Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry L. Harris appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harris v. Hawkins, No. CA-05-567-2-RGD (E.D. Va. Oct. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED